### TIBURCIO RENTERIA v. THE STATE.

No. 3344. Decided December 9, 1914.

Local Option—Statement of Facts—Bill of Exceptions.

Where the alleged statement of facts and bills of exception were filed far beyond the twenty days authorized by the statute, in the County Court, the same must be struck from the record.

Appeal from the County Court of Hays. Tried below before the Hon. J. R. Wilhelm.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $25 and twenty days confinement in the county jail.

The opinion states the case.

*Barber & Johnson,* for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of violating the local option law. The record shows appellant was granted thirty days, which time was extended, in which to file bills of exception and statement of facts. All these matters were filed far beyond the twenty days authorized by the statute, and under the decisions of this court construing the statute with reference to time of filing statement of facts and bills of exception in County Court cases, this comes too late. Therefore, these matters will not be revised. These eliminated there is nothing requiring revision or investigation, and in the attitude of the record the judgment will be affirmed.

*Affirmed.*